PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.                                        )<br>)<br>ROBIN NEWHAUSER                  )<br>) | Docket Number: 2:02CR0125 |

On August 10, 2001, the above-named was placed on Probation for a period of four years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/Matthew M. Faubert
**MATTHEW M. FAUBERT
United States Probation Officer**

Dated:     April 12, 2005
           Sacramento, California
           MMF/cp

**REVIEWED BY:**     /s/Rafael G. Loya
                     **RAFAEL G. LOYA
                     Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:   Robin NEWHAUSER**
     **Docket Number:  2:02CR0125**
     **ORDER TERMINATING PROBATION**
     **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

| | |
|---|---|
| May 2, 2005 | /s/Lawrence K. Karlton |
| **Date** | **LAWRENCE K. KARLTON** |
| | **Senior United States District Judge** |

Attachment:   Recommendation
cc:   United States Attorney's Office
     FLU Unit, AUSA's Office
     Fiscal Clerk, Clerk's Office